AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Travelers Casualty Company
of Connecticut,
*Plaintiff*

v.                                    Civil Action No.     1:12-cv-2548-JMC

Ada B. Legree,
Timothy Ginn and Angie Ginn
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants as to Counts Three and Four of the Complaint and these counts are dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted defendants' motions to dismiss as to Counts Three and Four.


Date:   May 14, 2014                              *CLERK OF COURT*

                                                  s/Angie Snipes
                                                  _____
                                                  *Signature of Clerk or Deputy Clerk*